ERIC J. SINROD (SBN 122868)
SUZANNE R. FOGARTY (SBN 154319)
CHRISTOPHER B. YEH (SBN 262991)
**DUANE MORRIS LLP**
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA  94105
Telephone: +1 415.957.3200
Facsimile: +1 415.957.3201
E-mail: EJSinrod@DuaneMorris.com

SHELDON J. WARREN (SBN 96668)
LAW OFFICES OF SHELDON J.
  WARREN, A PLC
P. O. Box 30220
Long Beach, CA  90853
Telephone:  +1 562.433.9688
Facsimile:   +1 562.433.9711
E-mail: swarren@swarrenlaw.com

BURT MAGEN  (SBN 160603)
VIERRA MAGEN MARCUS LLP
575 Market Street, Suite 3750
San Francisco, CA  94105-2871
Telephone: +1 415.489.4100
Facsimile: +1 415.489.4150
E-mail: bmagen@vierramagen.com

Attorneys for Defendants,
GIANT BICYCLE, INC. and GIANT
MANUFACTURING CO., LTD.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| dw-link, Incorporated,<br><br>              Plaintiff,<br><br>     v.<br><br>Giant Bicycle, Inc., and Giant Manufacturing Co., Ltd.,<br><br>              Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No.: 2:13-cv-00801-GAF (SPx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION**<br><br>Judge:     Hon. Gary A. Feess<br>Complaint: February 5, 2013 |

**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION** 2:13-CV-00801-GAF-SP

# **ORDER**

After considering the concurrently filed Stipulation, and for good cause appearing, the following is Ordered:

1. The entire action, including the complaint and counter-claims, is dismissed with prejudice subject to the right of Defendants, as preserved in the Confidential Settlement Agreement, to assert that the dw-link patents are invalid as a defense, counter-claim or in any proceeding before the U.S. Patent Office in response to a claim against either or both of them for infringement of the dw-link patents.

3. Each party shall bear its own respective attorneys' fees, expert fees and costs.

IT IS SO ORDERED.

Dated: June 23, 2014

**JS-6**

The Honorable Gary A. Feess
UNITED STATES DISTRICT COURT JUDGE

DM2\4979856.1